## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WAYNE H. NORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:16-cv-00449-CBS |
| | ) |
| COLORADO TECHNICAL UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to dismissal without prejudice of this action, with each party to bear its own costs and fees.


Dated: June 13, 2016

For Plaintiff,
**By:  /s/ *Wayne H. Norman***
Wayne H. Norman
4357 Wanatah
Memphis, TN 38109
whnorman@hotmail.com
*Pro se*


For Defendant Colorado Technical University, Inc.,
**By:  /s/ *Terance A. Gonsalves***

| | |
|---|---|
| Terance A. Gonsalves | Troy A. Eid |
| Carrie M. Stickel | Harriet McConnell |
| KATTEN MUCHIN ROSENMAN LLP | GREENBERG TRAURIG, LLP |
| 525 West Monroe Street | 1200 17th Street, Suite 2400 |
| Chicago, IL 60661-3693 | Denver, Colorado 80202 |
| (312) 902-5200 | (303) 572-6521 |
| (312) 902-1061 (Fax) | (720) 904-7621 (Fax) |
| terance.gonsalves@kattenlaw.com | eidt@gtlaw.com |
| carrie.stickel@kattenlaw.com | mcconnellh@gtlaw.com |

*Attorneys for Defendant Colorado Technical University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2016, a copy of the foregoing *Stipulation of Dismissal Without Prejudice* was served upon the following individual via U.S. Mail, postage prepaid:

Wayne H. Norman
4357 Wanatah Street
Memphis, Tennessee 38109

/s/ Terance A. Gonsalves_____