IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
COLORADO SPRINGS DIVISION

| | |
|---|---|
| WAYNE H. NORMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO TECHNICAL UNIVERSITY,<br><br>Defendant. | Civil Action File No.<br><br>1:16-CV-00449-CBS<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JUN 15 2016<br><br>JEFFREY P. COLWELL<br>CLERK |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Colorado Technical University.

Respectfully submitted,

Wayne H. Norman
4357 Wanatah
Memphis, TN 38109
whnorman@hotmail.com

1 | Page

## CERTIFICATE OF SERVICE

Wayne H. Norman certifies that on June 10th, 2016, a copy of the "Notice of Voluntary Dismissal" was mailed via priority mail to the attorneys of the Defendant at the address listed below:

Terance A. Gonsalves & Carrie M. Stickel

**KATTEN MUCHIN ROSENMAN LLP**

525 West Monroe Street

Chicago, IL 60661-3693